UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: IN RE: ANNA M. YOCUM : Chapter 13
:
Debtor(s) : Case Number: 1:16-bk-03328

**DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE**

I, Anna M. Yocum, upon my oath according to law, hereby certify as follows:

1. My current address is
   437 Linton Hill Road
   Duncannon, PA 17020

2. The name and address of my current employer is
   Kinkora Pythian Home
   25 Gore Road, Duncannon PA 17020

3. ___✓___ I am not required to pay any Domestic Support Obligations, OR

   _____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statue that were due on or before the date of this Certification.

4. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I, hereby swear or affirm under penalty of perjury under United States laws that the foregoing statements made by me are true and correct (28 U.S.C. Section 1746; 18 U.S.C. Section 1621.)

DATED: 8-18-16            BY: _Anna M Yocum_
                              Anna M. Yocum, Debtor