```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 16-03328-MDF
Anna M Yocum                                                    Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini          Page 1 of 1         Date Rcvd: Sep 26, 2016
                             Form ID: ntcnfhrg       Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
```
db             +Anna M Yocum,    437 Linton Hill Road,    Duncannon, PA 17020-9714
4821632        +Global Receivables Solution,    2703 N Highway 75,    Sherman, TX 75090-2567
4821633        +M&T Bank,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
4821634        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4821635        +New Cumberland FCU,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
4821636        +OneMain Financial,    3401 Hartzdale Drive,    Camp Hill, PA 17011-7200
4821637        +Penn Credit Corp.,    916 S. 14th Street,    Harrisburg, PA 17104-3425
4821639        +Sadler Oil Company,    328 S Main St,    Marysville, PA 17053-1700
4821640         State Collection Service,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
4823696        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4821631        +E-mail/Text: bankruptcy@cavps.com Sep 26 2016 19:32:15     Cavalry Portfolio Svcs.,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
4822030        +E-mail/Text: bankruptcy@cavps.com Sep 26 2016 19:32:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4828382         E-mail/Text: camanagement@mtb.com Sep 26 2016 19:31:48     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4821638         E-mail/Text: blegal@phfa.org Sep 26 2016 19:32:03     Pennsylvania Housing Finance Agency,
                 P.O. Box 15057,    Harrisburg, PA 17105-5057
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerry A. Philpott    on behalf of Debtor Anna M Yocum PhilpottJ@aol.com, campbellsk57@aol.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anna M Yocum  
Debtor(s)

Chapter 13

Case No. 1:16−bk−03328−MDF

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**October 26, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 9, 2016<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2016 |