UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANNA M YOCUM, : CHAPTER 13
       Debtor :
                      : CASE NO. :1-16-bk-03328MDF

## WITHDRAWAL

AND NOW, this 7th day of November, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that The Request to Continue the Confirmation Hearing Beyond the Claims Bar Date docketed at Docket Number 19 be withdrawn as it was filed in error.

                                 Respectfully submitted,

                                 Charles J. DeHart, III
                                 Standing Chapter 13 Trustee
                                 8125 Adams Drive, Suite A
                                 Hummelstown, PA 17036
                                 717-566-6097

BY:          /s/ James K. Jones
                 James K. Jones
                 Staff Attorney

## CERTIFICATION OF SERVICE

AND NOW, this 7th day of November, 2016, I, Amy S. Powell, hereby certify that I served a copy of the Withdrawal either electronically or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, first class mail, postage prepaid, addressed to the following:

Jerry A. Philpott, Esquire
P.O. Box 116
227 North High Street
Duncannon, PA 17020
Email: PhilpottJ@aol.com

                                 /s/ Amy S. Powell
                                 Amy S. Posell
                                 Paralegal to Charles J. DeHart, III
                                 Standing Chapter 13 Trustee