UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANNA M. YOCUM : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        :
       vs. :
        :
ANNA M. YOCUM :
       Respondent(s) : CASE NO. 1-16-bk-03328

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6th day of March, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 6, 2016 be withdrawn, as all issues have been resolved.

                        Respectfully submitted:

                        /s/Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        iHummelstown, PA 17036
                        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 6th day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jerry Philpott, Esquire
227 N. High Street
P.O. Box 116
Duncannon, PA 17020

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee