```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-03328-RNO
Anna M Yocum                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr            Page 1 of 1            Date Rcvd: Mar 23, 2017
                            Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db             +Anna M Yocum,    437 Linton Hill Road,    Duncannon, PA 17020-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      Jerry A. Philpott    on behalf of Debtor Anna M Yocum PhilpottJ@aol.com, campbellsk57@aol.com
      Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                TOTAL: 6

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Anna M Yocum | Chapter | 13 |
| Debtor(s) | Case No. | 1:16−bk−03328−RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on January 12, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 23, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk