IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
HARRISBURG DIVISION

IN RE: ANNA M YOCUM

CASE NO. 1-16-BK-03328

CLAIM: 6

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, WESTLAKE FINANCIAL SERVICES hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**WESTLAKE FINANCIAL SERVICES**
**4751 WILSHIRE BLVD**
**LOS ANGELES CA 90010-3847**

To the new address below:

**PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINANCIAL SERVICES**
**PO BOX 141419**
**IRVING TX 75014-1419**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/Georgina Yarbrough                                              Date: 1/25/2018
Georgina Yarbrough
Telephone: (866) 831-5954