IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

        CASE NO. 16-bk-03328-HWV

ANNA M YOCUM,

      Debtor.        CHAPTER 13

PERITUS PORTFOLIO SERVICES LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES,
      Creditor,
  v.

ANNA M YOCUM,

      Respondent.

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on May 14, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than May 28, 2018.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: May 29, 2018        PERITUS PORTFOLIO SERVICES LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES

                                    By Its Counsel

                                    /s/ Martin A. Mooney
Martin A Mooney, Esq. Attorney ID #2327864
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road, Suite 109
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com