```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                               Case No. 16-03328-HWV
Anna M Yocum                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr            Page 1 of 1              Date Rcvd: May 31, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db             +Anna M Yocum,    437 Linton Hill Road,    Duncannon, PA 17020-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Jerry A. Philpott    on behalf of Debtor 1 Anna M Yocum PhilpottJ@aol.com, campbellsk57@aol.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor   Peritus Portfolio Services II LLC as servicer for
               Westlake Financial Services ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANNA M. YOCUM,

        Debtor.

CASE NO. 1:16-bk-03328-HWV

CHAPTER 13

PERITUS PORTFOLIO SERVICES II LLC AS
SERVICER FOR WESTLAKE FINANCIAL
SERVICES,

        Creditor,

v.

ANNA M. YOCUM,

        Respondents.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Peritus Portfolio Services II LLC as servicer for Westlake Financial Services, having moved for an Order, pursuant to 11 U.S.C. §362(d)(1), authorizing relief from automatic stay, herein,

UPON the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d)(1), dated May 14, 2018, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing,

NOW, on Motion of Peritus Portfolio Services II LLC as servicer for Westlake Financial Services, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. §362(d)(1) that the Motion of creditor, Peritus Portfolio Services II LLC as servicer for Westlake Financial Services, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is terminated in that it shall not apply to any action by creditor, Peritus Portfolio Services II LLC as servicer for Westlake Financial Services, to obtain possession and dispose of its property in accordance with applicable law; namely, one (1) 2007 Chrysler Aspen (V.I.N. 1A8HW58N87F538198).

Dated: May 31, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)