In re:                                                           Case No. 16-03328-HWV
Anna M Yocum                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Jan 03, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
          +George C. Yocum,    437 Linton Hill Road,    Duncannon, PA 17020-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Jerry A. Philpott    on behalf of Debtor 1 Anna M Yocum PhilpottJ@aol.com,  campbellsk57@aol.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Martin A Mooney    on behalf of Creditor    Peritus Portfolio Services II LLC as servicer for
          Westlake Financial Services ahight@schillerknapp.com,
          kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anna Yocum <br> <u>Debtor</u> | CHAPTER 13 |
| M & T Bank <br> <u>Movant</u> | |
| vs. | NO. 16-03328 HWV |
| Anna Yocum <br> <u>Respondent</u> | |
| George C. Yocum <br> Charles J. DeHart, III Esq. | 11 U.S.C. Section 362 |
| <u>Additional Respondents</u> | |

## <u>ORDER</u>

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: January 3, 2019

By the Court,

_____

Henry W. Van Eck, Bankruptcy Judge (JH)