# Notice Recipients

District/Off: 0314–1    User: LyndseyPr    Date Created: 9/12/2019
Case: 1:16–bk–03328–HWV    Form ID: ordsmiss    Total: 28

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Jerry A. Philpott | PhilpottJ@aol.com |
| aty | Joshua I Goldman | bkgroup@kmllawgroup.com |
| aty | Martin A Mooney | kcollins@schillerknapp.com |
| aty | Thomas I Puleo | tpuleo@kmllawgroup.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Anna M Yocum | 437 Linton Hill Road | Duncannon, PA 17020 |
| cr | PRA Receivables Management LLC | POB 41067 | Norfolk, VA 23541 |
| cr | PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINANCIAL SERVICES | PO BOX 141419 | IRVING, TX 75014–1419 |
| 4821631 | Cavalry Portfolio Svcs. | 500 Summit Lake Drive | Valhalla, NY 10595 |
| 4822030 | Cavalry SPV I, LLC | 500 Summit Lake Drive, Ste 400 | Valhalla, NY 10595 |
| 4821632 | Global Receivables Solution | 2703 N Highway 75 | Sherman, TX 78509 |
| 4821633 | M&T Bank | 475 Crosspoint Parkway | Getzville, NY 14068 |
| 4828382 | M&T Bank | P.O. Box 840 | Buffalo, NY 14240–0840 |
| 4821634 | National Recovery Agency | 2491 Paxton Street | Harrisburg, PA 17111 |
| 4821635 | New Cumberland FCU | 345 Lewisberry Road | New Cumberland, PA 17070 |
| 4841378 | New Cumberland FCU | PO Box 658 | New Cumberland, PA 17070 |
| 4821636 | OneMain Financial | 3401 Hartzdale Drive | Camp Hill, PA 17011 |
| 4848306 | Onemain | 605 Munn Road | FT Mill, SC 29715 |
| 4867023 | PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINAN | PO BOX 141419 | IRVING, TX 75014–1419 |
| 4821637 | Penn Credit Corp. | 916 S. 14th Street | Harrisburg, PA 17104 |
| 4821638 | Pennsylvania Housing Finance Agency | P.O. Box 15057 | Harrisburg, PA 17105–5057 |
| 4916416 | Portfolio Recovery Associates, LLC | PO Box 41067 | Norfolk, VA 23541 |
| 4916417 | Portfolio Recovery Associates, LLC | PO Box 41067 | Norfolk, VA 23541 Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 |
| 4821639 | Sadler Oil Company | 328 S Main St | Marysville, PA 17053 |
| 4821640 | State Collection Service | 2509 S. Stoughton Rd | Madison, WI 53716–3314 |
| 4823696 | U.S. Department of Housing and Urban Development | 451 7th Street S.W. | Washington, DC 20410 |

TOTAL: 21