In re:  Case No. 16-03328-HWV
Anna M Yocum  Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1　　User: LyndseyPr　　Page 1 of 2　　Date Rcvd: Sep 12, 2019
　　　　　　　　　　　　Form ID: ordsmiss　　Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db           +Anna M Yocum,    437 Linton Hill Road,    Duncannon, PA 17020-9714
4821633     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court: M&T Bank,    475 Crosspoint Parkway,    Getzville, NY 14068)
4841378      +New Cumberland FCU,    PO Box 658,    New Cumberland, PA 17070-0658
4821635      +New Cumberland FCU,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
4867023       PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINAN,    PO BOX 141419,    IRVING, TX 75014-1419
4821639      +Sadler Oil Company,    328 S Main St,    Marysville, PA 17053-1700
4821640       State Collection Service,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
4823696      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM Sep 12 2019 23:08:00      PRA   Receivables Management LLC,    POB 41067,
              Norfolk, VA 23541-1067
4821631      +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 19:09:31      Cavalry Portfolio Svcs.,
              500 Summit Lake Drive,    Valhalla, NY 10595-2322
4822030      +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 19:09:31      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4821632      +EDI: WESTASSET.COM Sep 12 2019 23:08:00      Global Receivables Solution,    2703 N Highway 75,
              Sherman, TX 75090-2567
4828382       E-mail/Text: camanagement@mtb.com Sep 12 2019 19:09:24      M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
4821634      +E-mail/Text: Bankruptcies@nragroup.com Sep 12 2019 19:09:37      National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
4821636      +EDI: AGFINANCE.COM Sep 12 2019 23:08:00      OneMain Financial,    3401 Hartzdale Drive,
              Camp Hill, PA 17011-7238
4848306      +EDI: AGFINANCE.COM Sep 12 2019 23:08:00      Onemain,    605 Munn Road,   FT Mill, SC 29715-8421
4916416       EDI: PRA.COM Sep 12 2019 23:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541
4916417       EDI: PRA.COM Sep 12 2019 23:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4821638       E-mail/Text: blegal@phfa.org Sep 12 2019 19:09:29      Pennsylvania Housing Finance Agency,
              P.O. Box 15057,    Harrisburg, PA 17105-5057
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINAN,    PO BOX 141419,    IRVING, TX  75014-1419
4821637     ##+Penn Credit Corp.,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1          User: LyndseyPr           Page 2 of 2               Date Rcvd: Sep 12, 2019
                              Form ID: ordsmiss         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerry A. Philpott    on behalf of Debtor 1 Anna M Yocum PhilpottJ@aol.com, campbellsk57@aol.com
              Joshua I Goldman     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Peritus Portfolio Services II LLC as servicer for
               Westlake Financial Services kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anna M Yocum, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:16–bk–03328–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 12, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)